In the Matter of the Claim of WILLIAM HUETTEN, Respondent, against NIAGARA BOX COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 24, 1931; decided April 7, 1931.)

*Clarence B. Tippett* for appellants.

*John J. Bennett, Jr.*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.